UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NO: 3:21-cr-00025-WHR-1 |
|   Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DEVON RICE | : ENTRY |
|   Defendant, | : |

    Upon defendant's motion to modify his bond to permit him to accept round trip contracts of up to 350 miles for his business.  Defendant is to also maintain records of the trips, cargo, and businesses involved and tender them to pretrial when requested.

    This Court finds the motion well taken and grants it.

_Walter H. Rice_ (tp - per Judge Rice authorization after his review)
JUDGE